IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL SATELLITE SPORTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN A. KARAS, individually and ) <br> d/b/a TOM'S BAR ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. H-02-0156 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Upon consideration of Plaintiff's Motion to Extend Effect of September 6, 2002 Order Pursuant To Local Rule 111 Or, in the Alternative, to Reopen Action, and the Court having determined that good cause exists for the relief requested therein,

IT IS ORDERED that the Motion to Extend Effect of September 6, 2002 Order Pursuant To Local Rule 111 Or, in the Alternative, to Reopen Action be, and hereby is, GRANTED; and

IT IS FURTHER ORDERED that the right of either party, pursuant to Local Rule 111 that this Court's Order dated September 6, 2002, to move for good cause shown to

reopen this action if settlement is not consummated be, and hereby is, extended to and including December 2, 2002.

_____
Alexander Harvey II
Senior United States District Judge

Dated: November 12, 2002